No. 86-5760.   JORDAN v. WASHINGTON.   Ct. App. Wash. Certiorari denied.

No. 86-5763.   ROBINSON v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 86-5770.   SIMMONS v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir. Certiorari denied.

No. 86-5771.   WILSON v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 86-5774.   STAPLES v. YOUNG.   Ct. App. Wis.   Certiorari denied.

No. 86-5777.   LOTT v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 86-5780.   ABBOTT v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 86-5781.   BEASLEY v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 86-5783.   HARRIS v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 86-5788.   GREEN v. SUMTER POLICE DEPARTMENT ET AL. C. A. 4th Cir.   Certiorari denied.

No. 86-5791.   RAMAZETTI v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 6th Cir.   Certiorari denied.

No. 86-5794.   HUMPHREY v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 86-5795.   CARONE v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 86-5796.   CARR v. CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA.   C. A. 4th Cir.   Certiorari denied.